RUDOLPH SOMMER, Respondent, *v.* LEO OPPENHEIM, Appellant.

APPEAL from a judgment in favor of plaintiff.

M. Cohn, for appellant.

A. A. Joseph, for respondent.

*Per Curiam.* Judgment and order affirmed, with costs.

Present: VAN WYCK, Ch. J., FITZSIMONS and SCHUCHMAN, JJ. Judgment and order affirmed, with costs.